1  JOINTLY SUBMITTED

2  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
3  BAUMAN LOEWE WITT & MAXWELL
   3650 N. Rancho Dr., Ste. 114
4  Las Vegas, NV  89130
   Phone: 702-240-6060
5  Fax: 702-240-4267
   Email: mmills@blwmlawfirm.com
6
   Attorneys for Defendant,
7  Fox Rent A Car, Inc.

8  MATTHEW WAGNER
   Nevada Bar No.
9  DENNETT WINSPEAR
   3301 N. Buffalo Drive, #195
10 Las Vegas, NV 89129

11 Phone: 702-839-1100
   Fax: 702-839-1113
12
   Attorneys for Defendant,
13 Charlotte Maria Jones

14
                  UNITED STATES DISTRICT COURT
15
                     DISTRICT OF NEVADA
16

17 KATHLYN ROSE MERCADO TALABA,        CASE NO:
   individually;
18

19
          Plaintiff,
20

21
                        vs.
22

23
   CHARLOTTE MARIA JONES, individually;   **JOINT NOTICE OF REMOVAL**
24 FOX RENT A CAR, INC., a California
   Corporation; DOES I-X; and ROE
25 CORPORATIONS I-X, inclusive,

26

27        Defendants.

28

2748718v1

**JOINT NOTICE OF REMOVAL**

To:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

Defendants Fox Rent Car, Inc. and Charlotte Maria Jones, hereby notice the removal of this action to the United States District Court and, in support thereof, states as follows:

1.     On or about February 20, 2017, Plaintiff commenced an action in the Eighth Judicial District Court, Clark County, Nevada, entitled *Kathlyn Rose Mercado Talaba v. Charlotte Maria Jones, Fox Rent A Car, Inc.*, Case No. A-17-751367-C.  A copy of the Complaint is attached as Exhibit A.  In the Complaint at ¶1, Plaintiff alleges that Plaintiff is a resident of the State of Nevada.  Plaintiff filed a Demand for Jury Trial.  Exhibit B.

2.     Service of Summons and Complaint upon Defendant Fox Rent A Car, Inc., a California Corporation, was made by personal service on March 8, 2017.  A copy of the Proof of Service, is attached as Exhibit C.  The Complaint alleges that Fox Rent A Car, Inc. is a California Corporation.  Information on file at the Nevada Secretary of State confirms that Defendant Fox Rent A Car, Inc. is a California Corporation.  Exhibit D.

3.     Service of Summons and Complaint upon Defendant Charlotte Maria Jones was made by personal service on March 8, 2017.  A copy is attached as Exhibit E.  Service was made on Defendant Jones at her home in San Bernardino, CA.

4.     On March 28, 2017, Defendant Charlotte Jones filed an Answer to the complaint.  Exhibit F.  In addition, she filed a Demand for Jury Trial.  Exhibits G.

5.     On March 30, 2017, Plaintiff served a Request for Exemption from Arbitration claiming that her medical special damages currently totaled $37,509.06 and that her medical expenses significant and that she anticipated that she would incur future costs of treatment.

6.     No further proceedings have been had in this matter in the Eighth Judicial District Court, Clark County, Nevada.

2748718v1

7.     This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332.  Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. §1441 because it is a civil action that is between citizens of different states and in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

8.     Plaintiff alleges in her Complaint that she was and is, at all times relevant therein, a resident of Clark County, Nevada.

9.     Defendant Fox Rent A Car, Inc. is a California Corporation, doing business in Nevada.

10.     Defendant Charlotte Maria Jones is a resident of California.

11.     DOES I-X and ROE CORPORATIONS I-X are named and sued fictitiously and their citizenship is disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction.

12.     There is now complete diversity between Plaintiff and Defendants Fox Rent A Car, Inc. and Charlotte Maria Jones.

13.     The Complaint alleges claims for Negligence Against Defendant Charlotte Maria Jones, Negligence Per Se Against Charlotte Maria Jones, Negligent Entrustment Against Defendant Fox Rent A Car, Inc.

14.     In her Complaint, Plaintiff prays for recovery of general and special damages, in an amount in excess of Ten Thousand Dollars ($10,000.00); including general damages, special damages, property damages, attorney's fees and costs, , interest at the statutory rate, and for such other and further relief as the Court deems just and proper.

15.     In her Request for Exemption from Arbitration, Plaintiff claims that her past medical special damages total $37,509.06. She claims that she suffered significant medical expenses and that she anticipates future costs of treatment.  She received Emergency Room care in excess of $11,000 and reports that she has undergone Left Selective Nerve Root Blocks at the C6 level performed by Dr. Rosler.  Thus, based on

1   the allegations in the complaint and the representations made by the Plaintiff, the value

2   of the amount in controversy exceeds $75,000.00.

3       16.    More than 30 days have not passed since the lawsuit was served on

4   either of the Defendants.

5       17.    A true and correct copy of this Notice of Removal is being filed on this

6   date with the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

7       Based on the foregoing, Defendants Fox Rent A Car, Inc., and Charlotte Jones

8   join in removing the above-referenced action now pending in the Eighth Judicial District

9   Court, in and for the County of Clark, as Case No. A-17-751367-C to this Court.

10       Dated this 7th day of April 2017.

11

12       BAUMAN LOEWE WITT & MAXWELL, PLLC.

13

14

15       MICHAEL C. MILLS, ESQ.

16       Nevada Bar No. 003534
    3650 N. Rancho Dr., Ste. 114

17       Las Vegas, NV  89130
    Phone: 702-240-6060

18       Fax: 702-240-4267
    Attorneys for Defendant,

19       Fox Rent A Car, Inc.

    DENNETT WINSPEAR

20

21

22       /s/ Matthew Wagner

23       MATTHEW WAGNER, ESQ.
    Nevada Bar No. 11311

24       3301 N. Buffalo Dr., Ste. 195
    Las Vegas, NV  89129

25       Phone: 702-839-1100
    Fax: 702-839-1113

26       Attorneys for Defendant,
    Charlotte Maria Jones

27

28

2748718v1

_____

A Complaint.
B Plaintiff's Demand for Jury Trial.
C Proof of Service on Defendant Fox Rent A Car, Inc.
D Fox Rent A Car, Inc. Corporate Information, Nevada Secretary of State.
E Proof of Service on Defendant Charlotte Maria Jones.
F Defendant Jones' Answer to Complaint.
G Demand for Jury Trial.

2748718v1