# EXHIBIT "A"

# EXHIBIT "A"

Electronically Filed
02/20/2017 03:28:41 PM

**CLERK OF THE COURT**

COMP
Justin G. Randall, Esq.
Nevada Bar No. 12476
GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone:  (702) 877-1500
Facsimile:  (702) 933-6309
jrandall@glenlerner.com
Attorneys for Plaintiff

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| KATHLYN ROSE MERCADO TALABA, individually; <br><br> Plaintiff, <br><br> v. <br><br> CHARLOTTE MARIA JONES, individually; FOX RENT A CAR, INC., a California Corporation; DOES I – X; and ROE CORPORATIONS I - X, inclusive, <br><br> Defendants. | Case No. A **- 1 7 - 7 5 1 3 6 7 - C** <br> Dept. No. **V I I** <br><br> **COMPLAINT** |

Plaintiff complains as follows:

### GENERAL ALLEGATIONS

1.      Plaintiff is, and at all times relevant herein, was a resident of Clark County, Nevada.

2.      The actions complained of herein occurred in Clark County, Nevada.

3.      The true names and capacities of the Defendants designated herein as Doe or Roe Corporations are presently unknown to Plaintiff at this time, who therefore sues said Defendants by such fictitious names.  When the true names and capacities of these defendants are ascertained, Plaintiff will amend this Complaint accordingly.

4.      At all times pertinent herein, Defendants were agents, servants, employees or joint venturers of every other Defendant, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named Defendants.

. . .

5.      Plaintiff KATHLYN ROSE MERCADO TALABA was at all times mentioned herein the owner and operator of a 2011 Lexus RX-350.

6.      Defendant CHARLOTTE MARIA JONES was at all times mentioned herein the operator of a 2015 Toyota Yaris (hereinafter referred to as "the Vehicle").

7.      Defendant FOX RENT A CAR, INC. is, and at all times mentioned herein, was a California Corporation, licensed to do business in Clark County, Nevada

8.      Defendant FOX RENT A CAR, INC. is, and at all times mentioned herein, was the owner of the Vehicle.

9.      On May 2, 2016, Defendant CHARLOTTE MARIA JONES negligently operated the Vehicle, causing a collision with the vehicle containing Plaintiff.

10.     As a direct and proximate result of the negligence of Defendants, Plaintiff sustained serious injuries to his bodily limbs, organs and systems, all or some of which condition may be permanent and disabling, and all to Plaintiff's damage in a sum in excess of $10,000.00.

11.     As a direct and proximate result of the negligence of Defendants, Plaintiff received medical and other treatment for the aforementioned injuries, and said services, care, and treatment are continuing and shall continue in the future, all to the damage of Plaintiff.

12.     As a direct and proximate result of the negligence of Defendants, Plaintiff has been required to, and has limited occupational and recreational activities, which have caused and shall continue to cause Plaintiff loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life, in a presently unascertainable amount.

13.     As a direct and proximate result of the aforementioned negligence of all Defendants, Plaintiff has been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

## FIRST CAUSE OF ACTION

### (Negligence Against Defendant CHARLOTTE MARIA JONES)

14.     Plaintiff incorporates paragraphs 1 through 13 of the Complaint as though said paragraphs were fully set forth herein.

15.     Defendant CHARLOTTE MARIA JONES owed Plaintiff a duty of care to operate the

- 2 -

Vehicle in a reasonable and safe manner.  Defendant CHARLOTTE MARIA JONES breached that duty of care by contributing to an accident on the roadway.  As a direct and proximate result of the negligence of Defendant CHARLOTTE MARIA JONES, Plaintiff has been damaged in an amount in excess of $10,000.00.

## SECOND CAUSE OF ACTION

### (Negligence Per Se Against Defendant CHARLOTTE MARIA JONES)

16.     Plaintiff incorporates paragraphs 1 through 15 of the Complaint as though said paragraphs were fully set forth herein.

17.     The acts of Defendant CHARLOTTE MARIA JONES as described herein violated the traffic laws of the State of Nevada and Clark County, constituting negligence per se, and Plaintiff has been damaged as a direct and proximate result thereof in an amount in excess of $10,000.00.

## THIRD CAUSE OF ACTION
### (Negligent Entrustment Against Defendant FOX RENT A CAR, INC.)

18.     Plaintiff incorporates paragraphs 1 through 17 of the Complaint as though said paragraphs were fully set forth herein.

19.     Defendant FOX RENT A CAR, INC. was at all relevant times the owner of the Vehicle.

20.     Defendant FOX RENT A CAR, INC. entrusted control of the Vehicle to Defendant CHARLOTTE MARIA JONES.

21.     Defendant CHARLOTTE MARIA JONES was incompetent, inexperienced, or reckless in the operation of the Vehicle.

22.     Defendant FOX RENT A CAR, INC. knew or, by the exercise of reasonable care should have known, that Defendant CHARLOTTE MARIA JONES was incompetent, inexperienced, or reckless in the operation of the Vehicle.

23.     Plaintiff was injured as a proximate consequence of the negligence and incompetence of Defendant CHARLOTTE MARIA JONES, resulting from the negligent entrustment by Defendant FOX RENT A CAR, INC.

24.     As a direct and proximate cause of the negligent entrustment of the Vehicle by Defendant FOX RENT A CAR, INC., Plaintiff has been damaged in an amount in excess of $10,000.00.

WHEREFORE, Plaintiff expressly reserves the right to amend this complaint prior to or at the time of trial of this action, to insert those items of damage not yet fully ascertainable, prays judgment against all Defendants, and each of them, as follows:

1. For general damages sustained by Plaintiff in an amount in excess of $10,000.00;

2. For special damages sustained by Plaintiff in an amount in excess of $10,000.00;

3. For reasonable attorney's fees and costs;

4. For property damages sustained by Plaintiff KATHLYN ROSE MERCADO TALABA;

5. For interest at the statutory rate; and

6. For such other relief as the Court deems just and proper.

GLEN LERNER INJURY ATTORNEYS

Justin G. Randall, Esq.
Nevada Bar No. 12476
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorneys for Plaintiff

A-17-751367-C
VII

# DISTRICT COURT CIVIL COVER SHEET

CLARK ............................................... County, Nevada

Case No. ...............................................
*(Assigned by Clerk's Office)*

## I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| KATHLYN ROSE MERCADO TALABA, individually | CHARLOTTE MARIA JONES, individually; |
| | FOX RENT A CAR, INC., a California Corporation |
| | |
| | |
| Attorney (name/address/phone): | Attorney (name/address/phone): |
| JUSTIN G. RANDALL, ESQ. (12476) | |
| 4795 S. DURANGO DR. | |
| LAS VEGAS, NV 89147 | |
| (702) 877-1500 | |

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

| Real Property | Negligence | Torts |
|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** |
| ☐ Unlawful Detainer | ☒ Auto | ☐ Product Liability |
| ☐ Other Landlord/Tenant | ☐ Premises Liability | ☐ Intentional Misconduct |
| **Title to Property** | ☐ Other Negligence | ☐ Employment Tort |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort |
| ☐ Other Title to Property | ☐ Medical/Dental | ☐ Other Tort |
| **Other Real Property** | ☐ Legal | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | |
| ☐ Other Real Property | ☐ Other Malpractice | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** *(select case type and estate value)* | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing |
|---|---|---|
| **Civil Writ** | | **Other Civil Filing** |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters |

*Business Court filings should be filed using the Business Court civil cover sheet.*

| 02/20/17 | |
|---|---|
| Date | Signature of initiating party or representative |

*See other side for family-related case filings.*