*JOINTLY SUBMITTED*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLYN ROSE MERCADO TALABA, individually;<br><br>Plaintiff,<br><br>vs.<br><br>CHARLOTTE MARIA JONES, individually; FOX RENT A CAR, INC., a California Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-01008-APG-CWH |

## STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiff Kathlyn Rose Mercado Talaba, Defendant Charlotte Maria Jones, and Defendant Fox Rent A Car, Inc. by and through

their undersigned counsel of record, that the above-entitled action shall be dismissed, with prejudice, each party to bear its own attorneys' fees and costs;

Dated this 27 day of June 2017          Dated this ___ day of June 2017

GLEN LERNER INJURY ATTORNEYS          BAUMAN LOEWE WITT & MAXWELL, PLLC

_____          *See attached*
JUSTIN G. RANDALL, ESQ.                MICHAEL C. MILLS, ESQ.
Nevada Bar No. 012476                  Nevada Bar No. 003534
4795 S. Durango Drive.                 3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89147                    Las Vegas, NV 89130
Phone: 702-877-1500                    Phone: 702-240-6060
Fax: 702-933-7043                      Fax: 702-240-4267
Attorneys for Plaintiff,               Attorney for Defendant,
Kathlyn Rose Mercado Talaba            Fox Rent A Car, Inc.

Dated this ___ day of June 2017

DENNETT WINSPEAR LLP


*See attached*
_____
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
3301 N. Buffalo Dr. #195
Las Vegas, NV 89129
Phone: 702-839-1100
Fax: 702-839-1113
Attorney for Defendant,
Charlotte Maria Jones

**IT IS SO ORDERED.**

Dated: August 3, 2017.

_____
UNITED STATES DISTRICT JUDGE

their undersigned counsel of record, that the above-entitled action shall be dismissed, with prejudice, each party to bear its own attorneys' fees and costs;

Dated this ___ day of _____ 2017      Dated this 27th day of July 2017

GLEN LERNER INJURY ATTORNEYS      BAUMAN LOEWE WITT & MAXWELL, PLLC

_____      _____
JUSTIN G. RANDALL, ESQ.            MICHAEL C. MILLS, ESQ.
Nevada Bar No. 012476              Nevada Bar No. 003534
4795 S. Durango Drive.             3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89147                Las Vegas, NV 89130
Phone: 702-877-1500                Phone: 702-240-6060
Fax: 702-933-7043                  Fax: 702-240-4267
Attorneys for Plaintiff,           Attorney for Defendant,
Kathlyn Rose Mercado Talaba        Fox Rent A Car, Inc.

Dated this 2 day of Aug 2017

DENNETT WINSPEAR LLP

_____
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
3301 N. Buffalo Dr. #195
Las Vegas, NV 89129
Phone: 702-839-1100
Fax: 702-839-1113
Attorney for Defendant,
Charlotte Maria Jones

**IT IS SO ORDERED.**

Dated: August 3, 2017.

_____
UNITED STATES DISTRICT JUDGE